# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:07-cr-123-DBH |
| ) | |
| HOWARD KELLY, ) | |
| ) | |
| DEFENDANT ) | |

## ORDER ON DEFENDANT'S MOTION FOR RECUSAL

The defendant's motion for recusal is **DENIED**. The defendant's dissatisfaction with previous rulings I have made is not a ground for disqualification.

**SO ORDERED.**

**DATED THIS 29TH DAY OF NOVEMBER, 2012**

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**